Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK BROUMAND, INC. d/b/a MARK BROUMAND, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 5:20-cv-02501-JWH-SHK<br><br>Hon. Judge John W. Holcomb<br>Courtroom 2<br><br>**NOTICE OF DISMISSAL**<br><br><br><br>Complaint filed: December 1, 2020<br>Trial date: None set |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Richard Paul Merrell ("Plaintiff"), by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: December 09, 2020                    Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho, Esq.
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 9, 2020                    */s/ Thiago M. Coelho*
                                            Thiago M. Coelho